UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 1:19-cv-06060

-------------------------------------------------- X
DAWN RICHARDS, AS ADMINISTRATOR
OF THE ESTATE OF DEBORAH              AFFIDAVIT
O'CONNELL, ET. AL.,
                        Plaintiff,
     -against-

ELI LILLY AND COMPANY, et al
                       Defendants
-----------------------------------------------------X

I, Janice Roven, an attorney duly admitted to the practice of law before the Eastern District of New York, hereby affirm the following under the penalty of perjury:

1. I am the attorney of record in the above-captioned case.

2. On July 31, 2020, the Law Offices of Sybil Shainwald provided me with all the expenses incurred by Sybil Shainwald on the eight transferred cases.

3. To obtain the case files, I paid Sybil Shainwald the total expenses minus any client-refuted expenses or expenses that did not have proof of payment.

4. In August, I paid Sybil Shainwald $22,895.73 of the $30,486.11 incurred. Shortly after receipt of payment, the Law Offices of Sybil Shainwald transferred the case files to the Roven Law Group.

5. On September 24, 2020, through the assistance of JAMS mediator Peter Woodin, a settlement agreement was entered into by me and Sybil Shainwald regarding the attorney fees and remaining expenses on all eight of the transferred cases. (See Exhibit A)

6. As a result of that settlement, Sybil Shainwald was paid $207,590.38 for her attorney fees and the remaining expenses.

7. As part of the settlement agreement, Sybil Shainwald and I provided mutual releases of all claims we may have had against each other arising from our respective representations of the eight transferred DES plaintiffs.

8. Therefore, Sybil Shainwald has no interest in any of the remaining transferred cases.

9. The accounting of the expenses in Deborah O'Connell's case came from Ms. Shainwald's office. In total, there was $778.10 in expenses that breaks down as follows:

   a. $394.77 in medical records

   b. $133.33 in filing fees

   c. $250.00 in miscellaneous expenses

10. Dawn Richards, the administrator of the estate of Deborah O'Connell, was provided these expenses in August of 2020. Ms. Richards did not have any objection to the expenses.

Dated: August 5, 2021

____/s/ Janice Roven__
JANICE ROVEN